| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) KEELEY, IRENE M. | 2. Court or Organization USDC NORTHERN DISTRICT OF WV | 3. Date of Report 07/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WV
PO BOX 2808
CLARKSBURG WV 26302-2808

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER - PRESIDENT'S HOUSE ADVISORY COMMITTEE | WEST VIRGINIA UNIVERSITY |
| 2. | MEMBER - BOARD OF TRUSTEES (JANUARY 2014 THRU SEPTEMBER 2014) | COLLEGE OF NOTRE DAME OF MARYLAND |
| 3. | CHAIR - CRIMINAL LAW COMMITTEE | JUDICIAL CONFERENCE OF THE UNITED STATES |
| 4. | PRESIDENT (SEE PART VIII) | SPENCER WILLIAMS FOUNDATION |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | REQUIRED MINIMUM DISTRIBUTION FROM NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | 5/3/14 THRU 5/4/14 | WASHINGTON, DC | FJA BOARD MEETING | TRAVEL, MEALS AND LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UNITED NATIONAL BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 2. | PREMIER BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 3. | MVB BANK INC | PERSONAL GUARANTOR OF LLC BANK DEBT | P2 |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS | A | Interest | M | T | | | | | |
| 2. HUNTINGTON NATL BANK ACCOUNTS | B | Interest | | | Closed | 09/23/14 | K | | |
| 3. PREMIER BANK- BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 4. MERRILL LYNCH CMA ACCT | A | Interest | J | T | | | | | |
| 5. MVB BANK INC | C | Interest | O | T | | | | | |
| 6. WESBANCO BANK INC(X) | | None | J | T | | | | | SEE PART VIII |
| 7. GROUND BREAKERS INC S CORP COMMON STOCK | G | Dividend | O | U | | | | | |
| 8. -- HARRISON COUNTY WV | G | Rent | N | W | | | | | |
| 9. --NOTE RECEIVABLE DUE GROUND BREAKERS INC | E | Interest | N | U | | | | | |
| 10. DUKE ENERGY CORP NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. EDISON INT'L CALIF COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 15. CALIFORNIA RESOURCES CORP | A | Dividend | J | T | Spinoff (from line 14) | 12/01/14 | J | | |
| 16. CSX CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. PROGRESS PROPERTIES LLC HARRISON COUNTY WV | E | Rent | N | U | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WHITE OAKS PROFESSIONAL BLDG ONE LLC HARRISON COUNTY WV | D | Rent | M | U | | | | | |
| 19. WHITE OAKS PROFESSIONAL BLDG THREE LLC HARRISON COUNTY WV | D | Rent | K | U | | | | | |
| 20. WHITE OAKS PROFESSIONAL BLDG FOUR LLC HARRISON COUNTY WV | | None | M | U | | | | | |
| 21. SOUTHVIEW CENTRE LLC HARRISON COUNTY WV | | None | N | U | | | | | |
| 22. WHITE OAKS PROFESSIONAL BLDG FIVE LLC HARRISON COUNTY WV | | None | | | Sold | 08/01/14 | M | A | SEE PART VIII |
| 23. PROGRESS PROPERTIES TWO LLC HARRISON COUNTY WV | | None | O | U | | | | | |
| 24. TJH ONE LLC HARRISON COUNTY WV | | None | N | U | | | | | |
| 25. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. THE TRAVELERS COMPANIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. COMPOSITE TRANSPORT TECHNOLOGIES INC | | None | K | T | | | | | |
| 30. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 31. MIAMI DADE CTY AVIATION REV BOND | A | Interest | J | T | | | | | |
| 32. LINCOLN FINANCIAL GROUP ANNUITY | A | Interest | K | T | | | | | |
| 33. --FIXED ACCOUNT | | | | | | | | | |
| 34. --INDEXED ACCOUNT A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | O | T | | | | | |
| 36. NOTE RECEIVABLE HIGH TECH CORRIDOR DEVELOPMENT LLC | E | Interest | P1 | T | | | | | |
| 37. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Int./Div. | K | T | Donated (part) | | | | SEE PART VIII |
| 38. --MSA BALANCED FUND | | | | | | | | | |
| 39. --MSA INDEX 500 STOCK FUND | | | | | | | | | |
| 40. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | D | Interest | O | T | Donated (part) | | | | SEE PART VIII |
| 41. --MSA BALANCED FUND | | | | | | | | | |
| 42. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | C | Interest | M | T | | | | | |
| 43. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | O | T | | | | | |
| 44. WORKING INTEREST D-86 TRAVIS, DODDRIDGE CTY,WV | A | Royalty | J | U | | | | | |
| 45. WORKING INTEREST D88 LOWTHER&D92MCQUAID HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 46. WORKING INTEREST D103 WINDON HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 47. WORKING INTEREST D105 SWEENEY HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 48. WORKING INTEREST D106 DOYLE HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 49. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 50. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 52. --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I- POSITIONS- LINE 5 THE REPORTING PERSON INADVERTANTLY FAILED TO REPORT THIS POSITION AS FOLLOWS FOR THE FOLLOWING PRIOR REPORTING PERIODS: 2007-2009 SECRETARY, 2099-2011 TREASURER, 2011-2012 VICE PRESIDENT, 2013 TO PRESENT PRESIDENT.

PART VII- INVESTMENTS & TRUSTS- LINE 6    BELOW REPORTING THRESHHOLD IN PRIOR YEARS.

PART VII-INVESTMENTS & TRUSTS-LINE 22    A TECHNICAL TERMINATION OF THIS LLC OCCURRED ON 8/1/14 AS THE RESULT OF A GREATER THAN 50% CHANGE IN OWNERSHIP. THE BUYERS WERE CTH II LLC AND T&J DEVELOPMENT GROUP LLC.

PART VII-INVESTMENTS & TRUSTS - LINES 37 & 40  THESE LINES REPRESENT  IRA DISTRIBUTIONS MADE DIRECTLY TO A 501(C)(3) CHARITABLE ORGANIZATION. IN ACCORDANCE WITH IRS REGULATIONS, NO INCOME IS RECOGNIZED ON THIS TRANFER BY THE REPORTING PERSON OR SPOUSE.

PART VII-INVESTMENTS & TRUSTS-LINES 33&34.   THESE LINES REPRESENT THE UNDERLYING HOLDINGS IN THE ANNUITY LISTED ON LINE 32.

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ IRENE M. KEELEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544